UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID JOSEPH HODSON,<br><br>　　　　　　　Defendant. | CASE NO. MJ25-082<br><br>**ORDER DIRECTING MARSHAL TO TRANSPORT DEFENDANT TO THE DISTRICT OF OREGON** |

Defendant David Joseph Hodson was found not guilty by reason of insanity in the District of Oregon in *United States v. Hodson*, 3:11-cr-00462, and placed on conditional release supervision. On February 14, 2025, the District of Oregon issued an arrest warrant and petition alleging Defendant violated conditions of his supervision.

On February 19, 2025, Defendant appeared before the Court. An assistant federal public defender was present and appointed to represent Defendant. Defendant acknowledged he is the individual that is named and sought by the District of Oregon and that he wishes to be taken by the Marshal to that district as soon as possible to address the allegations that he is in violation of his supervision. The Court thus finds Defendant is the individual sought by the District of Oregon. The Court also finds that the United States submitted reliable copies of the arrest warrant and the petition issued in Oregon.

ORDER DIRECTING MARSHAL TO
TRANSPORT DEFENDANT TO THE
DISTRICT OF OREGON - 1

1   The Court accordingly, directs the U.S. Marshal Service to transport Defendant to the

2   District of Oregon as soon as it can.

3   DATED this 19th day of February, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING MARSHAL TO
TRANSPORT DEFENDANT TO THE
DISTRICT OF OREGON - 2